ACCEPTED
01-14-00444-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/29/2015 3:51:30 PM
CHRISTOPHER PRINE
CLERK

**01-14-00444-CR**
In the
Court of Appeals
For the
First District of Texas
At Houston
───────◆───────

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/29/2015 3:51:30 PM

CHRISTOPHER A. PRINE
Clerk

**No. 1411387**
In the 248th District Court of
Harris County, Texas
───────◆───────

**BLAKE ALAN COTTON**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*
───────◆───────

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF
───────◆───────

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in these cases, and, in support thereof, presents the following:

1. In the 248th district court of Harris County, Texas, cause 1421756, *the State of Texas v. Blake Alan Cotton*, appellant, was convicted of burglary of a building.

2. He was assessed punishment of confinement for 6 months in a state jail facility.

3. The State's brief is due on June 29, 2015.

4. An extension of time in which to file the State's brief is requested until July 29, 2015.

5. No previous extension has been requested by the State.

6. The facts relied upon to explain the need for this extension are:

Since appellant filed his brief, I have filed briefs in cause numbers 14-13-00370-CR, 01-14-00861-CR, 14-14-00696-CR, 01-14-00857-CR, and 01-14-00834-CR. Additionally, in the last month, I prepared for and participated in an abatement hearing in cause 14-13-00767-CR, and a motion to quash the indictment in cause number 1465805. Additionally, I answer trial court questions from other prosecutors on a daily basis. This motion is not sought for delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant an extension of time until July 29, 2015 in which to file the State's brief in this case.

Respectfully submitted,
/s/ Abbie Miles
**Abbie Miles**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 24072240

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the

appellant's attorney at the following address on June 29, 2015:

Emily Detoto
917 Franklin, 4th Floor
Houston, TX 77002

/s/ Abbie Miles
**Abbie Miles**
Assistant District Attorney
Harris County, Texas

Date: June 29, 2015